PROB 12C
(7/93)

Report Date: October 8, 2013

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Scott L. Stroud        Case Number: 2:13PO00002-CI-1

Address of Offender: ▮                     Chattaroy, Washington 99003

Name of Sentencing Judicial Officer:  The Honorable Cynthia Imbrogno, U.S. Magistrate Judge
Name of Supervising Judicial Officer: The Honorable John T. Rodgers, U.S. Magistrate Judge

Date of Original Sentence: August 21, 2013

| | | |
|---|---|---|
| Original Offense: | Disorderly Conduct, 36 CFR 2.34(a)(1) | |
| Original Sentence: | 24 months probation | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Timothy Durkin | Date Supervision Commenced: August 21, 2013 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: August 20, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

    1 & 2    **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Special Condition #20**: The defendant must serve 30 days custody in a designated facility. The 30 days may be served in 2-day increments, reporting to the facility each Monday, effective September 2, 2013, by 3:00 p.m.  The defendant must report each and every Monday by 3:00 p.m. until he has completed the full term of 30 days.  The defendant's failure to report as directed may subject him to additional sanctions.

**Supporting Evidence**: On August 28, 2013, the undersigned directed the offender to report to the Spokane County Jail every Monday, as ordered by the Court. On October 7, 2013, the offender failed to report to the Spokane County Jail.

Case 2:13-po-00002-JTR   Document 28   Filed 10/09/13

**Prob12C**
**Re: Stroud, Scott L.**
**October 8, 2013**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/08/2013

s/Shane Moore

Shane Moore
U.S. Probation Officer

### THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

S/ *JOHN T. RODGERS*

Signature of Judicial Officer

October 9, 2013

Date